USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/07

Sullivan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOUNT IDI MARITME LTD. and FELIZ
MARITIME COMPANY LIMITED,

        Plaintiffs

- against -

BRITANNIA BULK PLC f/k/a BRITANNIA
BULK LTD.,

        Defendant

-----------------------------------------------------------x

07-cv-7887 (RJS)

**STIPULATION & ORDER REGARDING
DISMISSAL OF ACTION AND RELEASE
OF FUNDS UNDER ATTACHMENT**

Plaintiffs and Defendant through their respective undersigned counsel, hereby stipulate as follows:

1. The order of attachment issued in this case against any assets or property of the Defendant is vacated;

2. Funds in the amount of $224,361.70 currently under attachment and in the custody of The Bank of New York shall be released immediately and simultaneously transferred pursuant to the original wire transfer instructions to the originally intended beneficiary;

3. This case shall be discontinued with prejudice.

Dated: New York, New York
       September 26, 2007

_____
FREEHILL HOGAN & MAHAR, LLP
Pamela L. Schultz (PS 8675)
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Attorneys for Plaintiff

_____
LENNON, MURPHY AND LENNON LLC
Patrick F. Lennon (PL 2162)
420 Lexington Avenue, Suite 300
New York, NY 10170
212-490-6050
212-490-6070 (fax)
Attorneys for Defendant

NYDOCS1/290786.1

SO ORDERED:

_____
U.S.D.J.   9/26/07